IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIE DICKSON,** : | |
| Petitioner : | |
| : | No. 1:21-cv-01103 |
| v. : | |
| : | (Judge Kane) |
| **BOBBI JO SALAMON, et al.,** : | |
| Respondents : | |

## ORDER

**AND NOW**, on this 14th day of September 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Respondents' motion to dismiss (Doc. No. 6) is **GRANTED**, and Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED as untimely**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. Petitioner's motions to appoint counsel (Doc. Nos. 2, 8) are **DENIED as moot**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
